[No. 54746-1-I.   Division One.   August 22, 2005.]

*In the Matter of the Dependency of* S.Z.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. MARY CANFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-7-01879-8, Leonid Ponomarchuk, J. Pro Tem., entered June 22, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54820-4-I.   Division One.   August 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANA HAYWARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-8-00424-3, Suzanne M. Barnett, J., entered August 18, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55009-8-I.   Division One.   August 22, 2005.]

HEIKE WERLINGER, *Individually and as Guardian*, ET AL., *Appellants*, v. CLARENDON NATIONAL INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-25103-8, Robert H. Alsdorf, J., entered August 25 and September 23, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Schindler, J. Now published at 129 Wn. App. 804.

[No. 55285-6-I.   Division One.   August 22, 2005.]

DENNIS R. WEBB, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-03212-1, Michael J. Fox, J., entered January 27, 2004. *Reversed* by unpublished opinion per Baker, J., concurred in by Coleman and Appelwick, JJ.